UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

LAWRENCE J. SKILLEN,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

    Defendant.

CIVIL ACTION NO. 12-707

## ORDER

And now, this 3rd day of May, 2013, upon consideration of the afore-stated stipulation, it is hereby, ordered that Plaintiff, Lawrence J. Skillen, is awarded attorney fees under the EAJA in the amount of Seven Thousand One Hundred dollars and 00/00 cents ($7,100.00). These attorney fees will be paid directly to Plaintiff, Lawrence J. Skillen, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the government that Plaintiff owes no qualifying, pre-existing debt(s) to the government. If such a debt(s) exists, the government will reduce the awarded attorney fees in this order to the extent necessary to satisfy such debt(s).

BY THE COURT:

s/Terrence F. McVerry, J.
United States District Judge,
as Miscellaneous Judge